**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF MAINE, *ex rel.*<br>SCOTT CRYER,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS EMERGENCY<br>MEDICAL SERVICES, INC.,<br>JAMES LAPOLLA, and<br>YORK HOSPITAL,<br><br>Defendants. | No. 2:19-cv-00555-LEW |

**UNITED STATES' NOTICE OF ELECTION**
**OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby elects to intervene in part for the purposes of settlement and to decline in part in this *qui tam* action.

1. The United States, Relator Scott Cryer, and Defendant Wells Emergency Medical Services, Inc. (the "Settling Parties"), have reached an agreement in principle (the "Proposed Settlement Agreement"), which the Settling Parties anticipate will be fully executed within ten days of this filing. In light of this anticipated execution of the Proposed Settlement Agreement, the United States respectfully advises the Court of its decision to partially intervene in this action for the purposes of settlement. Specifically, the United States intervenes in this action with respect to civil claims predicated on the following factual allegations (the "Covered Conduct"). The United States contends that:

> Between January 1, 2010 through September 30, 2020, WEMS upcoded over one thousand non-emergency interfacility ambulance transfers between York Hospital in Wells ("YHIW") and the main campus of York Hospital in York, Maine, as emergency transports regardless of whether a

> patient's medical condition required that level of service to be provided. WEMS knowingly caused upcoded claims to be submitted for these non-emergency interfacility transfers to MaineCare and Medicare, and received payment for these claims from MaineCare and Medicare to which it was not entitled. When WEMS recognized that it coded these non-emergency interfacility transfers as emergency transports, it made no attempt to pay back the MaineCare and Medicare funds that it knew it had improperly received prior to the filing of a federal *qui tam* complaint.

2. The United States respectfully advises the Court of its decision not to intervene in this action as to any other civil claims other than the Covered Conduct, nor with respect to any other defendant other than Wells Emergency Medical Services, Inc.

3. Pursuant to the terms of the Proposed Settlement Agreement, the United States and Relator expect to file a Stipulation of Partial Dismissal after (1) the United States' receipt of an initial payment from Wells Emergency Medical Services, Inc., to be made by September 15, 2026; (2) Wells Emergency Medical Services, Inc.'s payment to Relator in satisfaction of all claims by Relator for expenses, attorneys' fees and costs, to be made within thirty days of the effective date of the Proposed Settlement Agreement; and (3) payment by Wells Emergency Medical Services, Inc., by and through the Maine Municipal Association Property and Casualty Pool, in satisfaction of claims by Relator for alleged violations of the Maine Whistleblowers' Protection Act, to be made within thirty days of the effective date of the Proposed Settlement Agreement.

4. The United States requests that Relator's Complaints and this Notice be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the context and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Dated: September 1, 2026

Respectfully Submitted,

ANDREW B. BENSON
United States Attorney

By: *<u>/s/ James D. Concannon</u>*
James D. Concannon
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
james.concannon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, I caused a copy of the foregoing to be filed with the Court. In addition, I caused a copy of the foregoing to be served by U.S. mail, postage prepaid to the following:

Braden A. Beard
Johnson & Webbert LLP
103 Exchange Street
Portland, Maine 04101
Phone: (207) 618-6682

R. Scott Oswald
Janel Quinn
The Employment Law Group, P.C.
1717 K Street, N.W., Suite
1110Washington, D.C. 20006
Phone: (202) 261-2813
Fax: (202) 261-2835
soswald@employmentlawgroup.com
jquinn@employmentlawgroup.com

ANDREW B. BENSON
United States Attorney

By: *<u>/s/ James D. Concannon</u>*
James D. Concannon
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
james.concannon@usdoj.gov